# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS ALLEN TWOBABIES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-14-241-R |
| | ) |
| ROBERT PATTON, Director, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 18. Also before the Court is Petitioner's "Reply to Respondent's Report and Recommendation," Doc. No. 21, which the Court treats as Petitioner's objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation *de novo* in light of Petitioner's objections to the Magistrate Judge's disposition of each of Petitioner's claims. However, Petitioner's objections are largely a rehash of arguments previously made to the Magistrate Judge. The Magistrate Judge carefully and thoroughly examined each of Petitioner's claims in light of Petitioner's arguments, the record and the Oklahoma Court of Criminal Appeals' disposition of these same claims in a forty-two page Report and Recommendation. The Court finds no error in the Magistrate Judge's analysis of Petitioner's claims.

Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

IT IS SO ORDERED this 15th day of January, 2016.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE